TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-B-B

---

FROM: 10579062
TO:
SUBJECT: 2241_StilleyMtnStackCmplnt
DATE: 02/04/2019 08:54:49 PM



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY 10579-062                                PLAINTIFF

V.         3:19-CV-6 HTW-LRA

MATTHEW WHITAKER ET AL                    DEFENDANT

### PLAINTIFF'S MOTION FOR ORDER TO RE-STACK EXHIBITS TO COMPLAINT, PRIOR TO ANY SERVICE

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his motion states:

1. Plaintiff's complaint has a large volume of exhibits. Counting the caption page and the table of contents of the exhibits, the total number of pages is 285.

2. Plaintiff prepared the table of contents so as to make the pagination written in ink by the Plaintiff match the expected numbering of the court clerk's headers at the top of the page. Each page was given a seriatim number, so that if the entire set was designated as docket number 1-1, the pagination would match. Therefore Plaintiff's table of contents would be useful for all purposes, because the handwritten page numbers at the bottom would be the same as the pagination of the docket filemark headers.

3. Plaintiff explained by cover letter to the clerk his intention to create a common and intuitive numbering system, for the benefit of the Court, parties, and counsel. Plaintiff assumes that this letter is at Docket 1-8.

4. The clerk divided the exhibits and exhibit list into 6 different subdocuments, under docket #1.

5. Plaintiff has not been provided with a copy of the complaint, or access to the complaint, so as to be able to verify the pagination of the filemark headers.

6. Plaintiff presumes that the pagination of the clerk's headers has no correlation to his own page numbering or table of contents.

7. The largest group of documents is the last, covering pages 126-285. Other groups seem to be about 25-40 pages, for the most part. No explanation has been given as to why the last batch of exhibit pages would be well over half the total, and furthermore split one exhibit so that some pages are in docket 1-5, and the remainder are in 1-6.

8. Plaintiff sees no reason that all these documents couldn't be efficiently stacked using Adobe Acrobat, and assigned docket number 1-1, pages 1-285 seriatim.

9. It will probably not be practical to change the pagination after the parties have begun to file pleadings and cite to exhibits to the complaint. The most logical time to get the complaint in proper order is prior to service.

10. Because this matter overlaps with issues in an appeal of a magistrate's order contemporaneously herewith, Plaintiff's is filing a consolidated brief in support of this motion as well as the appeal of denial of service.

WHEREFORE, Plaintiff respectfully requests an order directing the clerk to put the caption page, table of contents, and entire set of complaint exhibits into one document, in which the filemark headers correlate to the table of contents; and for such other and further relief as may be appropriate whether or not specifically requested.

)
)
By:_____                           2-5-19

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-B-B

------------------------------------------------------------------------------------

Oscar Stilley                           Date
FCC Yazoo City Low
PO Box 5000
Yazoo City, MS 39194

    CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Plaintiff by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of the foregoing document in the prison outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the clerk of the court for filing and service via CM/ECF.

2