TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-B-B

---

FROM: 10579062
TO:
SUBJECT: 2241_Stilley1MtnExtService
DATE: 03/18/2019 09:40:49 PM

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
       MAR 25 2019
      ARTHUR JOHNSTON
BY_____ DEPUTY
```

\*   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY 10579-062                              PLAINTIFF

V.                    3:19-CV-6 HTW-LRA

MATTHEW WHITAKER, ET AL                              DEFENDANTS

PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his motion states:

1. The complaint in this case was filed 1-4-19. The 90 days for effectuation of service of process will elapse soon.

2. The magistrate denied service by US Marshal.

3. Plaintiff appealed the denial of Marshal service 2-8-19. Docket # 8. Plaintiff also sought relief in the nature of "housekeeping" relief, seeking an order to stack the exhibits so that the pagination of Plaintiff's table of contents coincides with the clerk's filemark headers. Docket # 7.

4. As of even date Plaintiff has not received any order with respect to the Motion for Order, Docket 7, or the appeal, Docket 8.

5. Plaintiff has no intention of unnecessary delay in the case.

6. If the Court orders Marshal service, the service will be promptly effectuated, based on past experience.

7. If the Court denies Marshal service, Plaintiff will attempt to effectuate service as quickly, reliably, and efficiently as is reasonably possible. It appears to Plaintiff that the ordinary practice, by the US Marshal Service, is to electronically transmit the summons and complaint to the attorneys for the government, and request from them an entry of appearance stating that they have accepted service on a date certain. If it falls upon Plaintiff to effectuate service, Plaintiff would be most grateful if he could obtain the relevant email addresses and customary protocols, so that he can seek some means of getting these materials transmitted to the proper parties, in the customary way.

8. No party to this proceeding will be prejudiced by a 90 day extension to effectuate service, calculated from the date of the ruling on Dockets ## 7 and 8.

WHEREFORE, Plaintiff respectfully requests that the time for service be extended by 90 days, calculated from the date of a ruling on Plaintiff's pleadings entered as Docket ## 7 and 8; and for such other and further relief as may be appropriate whether or not specifically requested.

)
By: _____         3-21-19
Oscar Stilley                               Date
FCC Yazoo City Low
PO Box 5000
Yazoo City, MS 39194

CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Plaintiff by his signature above, pursuant to 28 USC 1746, declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the clerk of court for filing and service via CM/ECF.