TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-B-B

---

FROM: 10579062
TO:
SUBJECT: 2241_Stilley2ndMtnExtTimeServe
DATE: 06/19/2019 10:55:19 AM

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

\*          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY 10579-062                           PLAINTIFF

V.         3:19-CV-6 HTW-LRA

MATTHEW WHITAKER ET AL                            DEFENDANTS

   PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO SERVE PROCESS

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his motion states:

1.  The Magistrate previously extended time for service of process, to 7-12-19. Docket 11.

2.  Plaintiff on or about 5-1-19 filed an appeal or motion for review of certain non-dispositive magistrate orders, including an order denying a motion to re-stack the exhibits to Plaintiff's complaint, so that the clerk's filemark headers and the Plaintiff's numbering and table of contents will agree with each other. Docket 12.

3.  As of even date Plaintiff has not received any order on his appeal. Thus Plaintiff does not yet know if he will get IN FORMA PAUPERIS status. Plaintiff cannot know what exactly should be served on the Defendants, because he doesn't yet know if the exhibits to complaint will be restacked so as to be more convenient and user friendly for the Court, counsel, and parties. The interests of justice and judicial economy will be served by a ruling on said motion/appeal, prior to service. Plaintiff has no copy of the current filemarked complaint and exhibits, but it seems reasonable to ascertain the final form before considering whether or not Plaintiff will get a filemarked copy, etc.

4.  Plaintiff respectfully requests an additional 3 months to serve process, up through and including Monday, 10-14-19. October 12 of 2019 is a Sabbath day, thus by operation of law a deadline would be the following Monday.

5.  This motion is for legitimate reasons and not for purposes of delay. If IN FORMA PAUPERIS status is granted, the US Marshals will pursuant to rule effectuate service, which reasonably ensures that the service will be effectuated promptly regardless of the deadline.

WHEREFORE, Plaintiff respectfully requests an extension of time up through and including 10-14-19, to effectuate service of process; and such other and further relief as may be appropriate whether or not specifically requested.

)
)
By: _____           6-19-19
Oscar Stilley                            Date
FCC Yazoo City Low
PO Box 5000
Yazoo City, MS 39194

        CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Plaintiff by his signature above declares under penalty of perjury pursuant to 28 USC 1746 that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the clerk of the court for filing and service (to the extent applicable) via CM/ECF.