IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OSCAR STILLEY, #10579-062              PLAINTIFF

V.            CIVIL ACTION No.: 3:19-CV-006-HTW-LRA

MATTHEW WHITAKER, ET AL           DEFENDANTS

## ORDER

BEFORE THIS COURT are Plaintiff's Motions for Review of Magistrate Judge's Orders **[Docket nos. 8 and 12].** In his Motions, Plaintiff asks this Court to: grant him *in Forma Pauperis* status; order the U.S. Marshal service to serve the Complaint without cost to the Plaintiff; order the Clerk of Court to re-stack the exhibits to Complaint; and direct the Clerk of Clerk to provide Plaintiff with copies of all pleadings filed in this matter [Docket nos. 8 and 12].

Federal law provides access to the courts if a petitioner does not have financial resources to pay any part of the statutory filing fee. 28 U.S.C. § 1915(a); *see generally Prows v. Kastner*, 842 F.2d 138 (5th Cir. 1988); *Williams v. Estelle*, 681 F.2d 946 (5th Cir. 1982). On April 11, 2019, United States Magistrate Judge Linda Anderson denied Plaintiff's Motion for *in Forma Pauperis* status, noting that Plaintiff filed the requisite $350 filing fee and a $50 administrative fee to the Clerk of Court as proof of his financial ability to proceed with this lawsuit.

This Court notes that since Plaintiff's initial Motion for Leave to Proceed *in Forma Pauperis* [Docket no. 2], Plaintiff has submitted no updated evidence to indicate that he is unable to bear the cost of service of process. Plaintiff has further failed to show that he is economically unable to bear the costs concerning the exhibit copies and reorganization of the exhibits, as mentioned in his Motion.

1

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Review of the Magistrate Judge's Order **[Docket no. 8]** and Plaintiff's Motion for Review of the Magistrate Judge's Text Only Order **[Docket no. 12]** are **DENIED**.  Plaintiff may submit an updated affidavit and supporting documentation to show his inability to bear the costs of this lawsuit for this Court's consideration.

**SO ORDERED this the 12th day of August, 2019.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**