TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A
--------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: 2241_StilleyLtrClk9-12-19Summons
DATE: 09/12/2019 02:06:30 PM



9-12-19

Arthur Johnston, Clerk
US District Court Clerk
501 E. Court Street
Suite 2.500
Jackson, MS 39201

Re:   Oscar Stilley v. William Barr, (formerly Matthew Whitaker) 3:19-cv-6 HTW-LRA
      Issuance of summons AND
      CHANGE OF ADDRESS

Dear Mr. Johnston:

Herewith please find 4 copies each of summons for each of the defendants in the captioned case. Please issue these summons and return them in the SASE enclosed herein for your convenience. I plan to do service by certified mail.

I am now at the camp. My address is the same as before except that the word "Camp" replaces the word "Low." My correct address is now:

Oscar Stilley 10579-062
FCC Yazoo City Camp
PO Box 5000
Yazoo City, MS 39194

I profusely apologize for my failure to include paper clips, to separate the summons into sets of four copies for each individual defendant. I've asked for paper clips, to make your work just a bit easier. Apparently both paper clips and common sense are in very short supply at FCC Yazoo City Camp. I was told that I could not have any paper clips for my outgoing legal mail. Therefore, I would ask, if you can spare them, a paper clip for each set of the summons that you send back to me.

Thanks very much for your kind attention to these matters.

Kindest personal regards,

)
)
)

Oscar Stilley