UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY                                                                                   PLAINTIFF

V.      CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]                                                                              DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

United States, AND
United States Department of Justice-Federal Bureau of Prisons (DOJ-FBOP); in care of
D. Michael Hurst, Jr., US Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:  9-17-19

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY                                                                                      PLAINTIFF

V.      CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]                                                                                  DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

⇔10579-062⇔
J A Keller
Southeast Reg. Director
3800 CAMP Creek PKWY SW
Building 2000
Atlanta, GA 30331-6226
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 9-17-19

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY                                                                             PLAINTIFF

V.    CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]                                                                        DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

⇔10579-062⇔
J F Caraway
SCRO Regional Director
344 Marine Forces DR
Grand Prairie, TX 75051
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:  9-17-19

P. McPhail
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY — PLAINTIFF

V.   CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)] — DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

Department of Justice-Federal Bureau of Prisons (DOJ-FBOP), C/O Hugh J. Hurwitz; AND
Hugh J. Hurwitz, in his official capacity as Director of the DOJ-FBOP
Department of Justice-Federal Bureau of Prisons
320 1st Street NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 9-17-19

P. McPhail
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY                                                                    PLAINTIFF

V.     CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]                                                               DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

Christopher Rivers, Warden
FCC Yazoo City Low
PO Box 5666
Yazoo City, MS 39194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 9-17-19

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY                                                                PLAINTIFF

V.     CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]                                                            DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

William Barr, in his official capacity as United States Attorney General; AND
United States, C/O William Barr in his official capacity as agent for service of process; AND
United States Department of Justice-Federal Bureau of Prisons, C/O William Barr,
in his official capacity as agent for service of process
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔ 10579-062 ⇔
    Oscar Stilley
    FCC Yazoo City Camp
    Federal Correctional Complex
    PO Box 5000
    Yazoo CITY, MS 39194
    United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 9-17-19

P. McPhail
Signature of Clerk or Deputy Clerk