TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

---

FROM: 10579062
TO:
SUBJECT: 2241_StilleyLtrClk10-3-19PaulSummons
DATE: 10/03/2019 01:02:00 PM



10-3-19

Arthur Johnston, Clerk
US District Court Clerk
501 E. Court Street
Suite 2.500
Jackson, MS 39201

Re:   Oscar Stilley v. William Barr, (formerly Matthew Whitaker) 3:19-cv-6-HTW-LRA
      Issuance of summons for David Paul

Dear Mr. Johnston:

On 10-2-19 I received the issued summons for all defendants save one, namely David Paul. You issued these summons promptly, but we have very poor mail service here at FCC Yazoo City.

I beg your pardon, I didn't explain that David Paul has succeeded M. Martin as the Complex Warden. Feel free to verify that Mr. Paul is the successor to Mr. Martin, and that he is in fact the Complex Warden at the present time.

Herewith please find 3 copies of summons for Mr. Paul. I note that your office sent 2 completed summons, which is enough, barring any complication. Therefore I'm sending 3 copies, so you'll have 2 for me, and one for your purposes. Please issue the summons for Mr. Paul, and return them in the SASE enclosed herein for your convenience.

I'm also enclosing a motion, seeking to officially replace 3 successors in office. I'm also asking for a 90 day extension of time to complete service.

I also received on 10-2-19 a copy of the filemarked complaint. Upon examination, I noted that Exhibit 68, page 112 using my pagination, was missing. This should have been in docket # 1-3, as page 53 of your filemark header numbering. The current edition of that document has 54 pages. I don't see why it wouldn't be possible to insert the missing page, since the pagination of the subsequent sets of documents are not contingent on the pagination of # 1-3. If you do that, the inserted page will be followed by 2 additional pages. Please note that I made the submitted exhibit from a set of exhibits that I kept, not from a photocopy of the complaint exhibits. If the page numbers look slightly different from those in your originals, that's why. I had to hand write the page number.

I'm serving the complaint and exhibits "as is" with a cover letter of explanation and a copy of the missing page, and a request for acknowledgment of service, acknowledging the sufficiency of process and service of process. At the very least, the defendants will have a full set of the documents, and an explanation of why one exhibit is separate from the others and has no filemark headers. I'd be inclined to fix this first and serve later, but this complaint was filed in January, and the current deadline for service is 10-14-19.

Thanks very much for your kind attention to these matters.

Kindest personal regards,

)
)
Oscar Stilley
c:  All current defendants, together with summons and complaint as well as a copy of the motion