U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Stilley, Oscar A     10579-062    Rapides-1   Oakdale FCI
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

Civil claim for money damages + other relief for Retaliatory Transfer. Lt M, Lmero, Lt. Price, Captain Goutreau & others not yet known acted individually and/or in concert with others to transfer me to Oakdale FCI as retaliation for helping other inmates with legal work, primarily actions/claims under the Federal Tort Claims Act (FTCA). Giving/receiving legal assistance from a learned fellow inmate is constitutionally protected. This was not a disciplinary transfer. The stated reasons for transfer are mere pretext. I claim all appropriate money damages & other damages. I am in SHU now. I object to the limitations under which I now labor. I incorporate the attachment/page now on electronic request to staff re: this issue, as it set forth word for word.

9-10-15

DATE                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Exhibit "68"

DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

                                 REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                 CASE NUMBER: _____

**Part C - RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT:_____

DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)