## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**OSCAR STILLEY, #10579-062**                                             **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:19CV6-HTW-LRA**

**MATTHEW WHITAKER, ET AL**                                          **DEFENDANTS**

## ORDER

Plaintiff requested to substitute the successor public officials for the United States Attorney General; for the Director of the Department of Justice-Federal Bureau of Prisons; and, for the Complex Warden of the FCC Yazoo City Federal Prison [17].   He also requests to have the summons issued for David Paul, as successor to M. Martin as Warden at FCC Yazoo.   Finally, Plaintiff requests an additional 90-day extension to complete his service of process.   The Court finds that his requests are well-advised, and the motion shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

1.     Plaintiff's motion to substitute [17] is **granted**.   William Barr shall be substituted as Attorney General; Kathleen Hawk Sawyer shall be substituted as Director of DOJ-FBOP, and David Paul shall be substituted as Warden at FCC Yazoo.

2.     The Clerk of the Court shall issue the summons for David Paul, as requested by Plaintiff.

3.     Plaintiff is granted until **January 3, 2020**, to complete service of process.

4.      The Clerk of the Court is directed to alter the docket in this case to reflect

the substitution of the successor public officials.

SO ORDERED, this the 8th day of October 2019.


                                    /s/ Linda R. Anderson
                                    UNITED STATES MAGISTRATE JUDGE