UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY     PLAINTIFF

V.    CASE NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL, ET AL
[automatically substituted in place of Matthew Whitaker,
See FRCivP 25(d)]     DEFENDANTS

SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

David Paul, Warden
FCC Yazoo City Complex
PO Box 5666
Yazoo City, MS 39194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

⇔ 10579-062 ⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 10-8-2019

Signature of Clerk or Deputy Clerk