TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

3:19cr 6

---

FROM: 10579062
TO:
SUBJECT: 2241_StilleyReturnService
DATE: 11/05/2019 12:25:44 PM

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 08 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

\*      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY 10579-062                                    PLAINTIFF

V.      CASE NO.

WILLIAM BARR, ET AL                                        DEFENDANTS

         PLAINTIFF'S PROOF OF SERVICE

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his verified proof of service states as follows:

1. Plaintiff has served all the defendants in this cause, by mailing the summons, complaint, ancillary pleadings, and cover letter to each of the individuals sued in this cause, certified mail with return receipt requested. In addition, the United States has been served by certified mail return receipt requested by mailing each of the foregoing listed items to William Barr, Attorney General, and Michael Hurst, US Attorney. Those two officials are the proper parties for service of the United States.

2. Plaintiff has received in the mail the green cards for 6 individuals. On the attached pages 1 and 2 are the green cards for William Barr and Hugh Hurwitz, on the second page for David Paul and Christopher Rivers. Page 3 has the green card for J. F. Caraway, with USPS tracking information showing the date and time of delivery, which was left off of the returned green card. Page 4 has this information for J. A. Keller, which also does not have the date of delivery written on the green card. Plaintiff has possession of 6 returned green cards, reflecting all the complaints described in this paragraph.

3. Page 5 is a copy of the green card for Michael Hurst. Although Plaintiff didn't receive this green card back in the mail, he did cause his mother to track the package, and thus to confirm to a reasonalble certainty that the package was duly delivered to Michael Hurst's office on 10-11-19. Plaintiff has no reason to believe that the failure to return the green card was more than an innocent oversight.

4. Plaintiff therefore respectfully submits that the last defendant to be served was David Paul, and that he was served on 10-21-19.

    VERIFICATION

Plaintiff by his signature below pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing facts are true correct.

Respectfully submitted,

)
)
By:_____           _11-5-19_____
Oscar Stilley                         Date
FCC Yazoo City Camp
PO Box 5000
Yazoo City, MS 39194

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William Barr
   US Attorney General
   950 Pennsylvania AVE NW
   Washington, DC 20530
   United States

   9590 9402 1746 6074 2123 49

2. Article Number (Transfer from service label)

   7018 2290 0001 3454 6606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   OCT 15 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hugh Hurwitz
   Acting Director, Doj-Fbop
   320 1ST ST NW
   Washington, DC 20534
   United States

   9590 9402 1746 6074 2123 18

2. Article Number (Transfer from service label)

   7018 2290 0001 3454 6668

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
       10-7-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   RETURN RECEIPT
   REQUESTED

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Paul
   FCC Yazoo City Warden
   PO BOX 5666
   Yazoo CITY, MS 39194
   United States

   9590 9402 3039 7124 5477 95

2. Article Number (Transfer from service label)

   7019 0140 0000 4236 1446

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10-31-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher Rivers
   Warden
   PO BOX 5666
   Yazoo CITY, MS 39194
   United States

   9590 9402 1746 6074 2123 32

2. Article Number (Transfer from service label)

   7018 2290 0001 3454 6590

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10-11-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FROM: Stilley, Eliza
TO: 10579062
SUBJECT: Tracking number 70182290000134546699
DATE: 11/01/2019 11:06:36 AM

Your item was delivered to an individual at the address at 11:33 AM on October 11, 2019 in Grand Prairie, TX 75051

Delivered
October 11, 2019 at 11:33 AM delivered left with individual Grand prairie, TX 75051

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J F Caraway
   SCRO Regional Director
   344 Marine Forces DR
   Grand Prairie, TX 75051
   United States

   9590 9402 1746 6074 2123 25

2. Article Number (Transfer from service label)

   7018 2290 0001 3454 6699

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *David E. [signature]*   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)  C. Date of Delivery
*Daniel Heilman, SCR Mail Clerk*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

3

FROM: Stilley, Eliza
TO: 10579062
SUBJECT: 6682
DATE: 11/01/2019 11:21:22 AM

Tracking number 70182290000134546682
Delivered

October 11, 02:42PM
Atlanta, GA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>J A Keller<br>Southeast Reg. Director<br>3800 CAMP Creek PKWY SW<br>Building 2000<br>Atlanta, GA 30331-6226<br>United States<br><br>9590 9402 1746 6074 2123 01 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>RETURN RECEIPT REQUESTED |
| 2. Article Number (Transfer from service label)<br>7018 2290 0001 3454 6682 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

4

FROM: Stilley, Eliza
TO: 10579062
SUBJECT: Item delivered
DATE: 10/31/2019 02:21:38 PM

70182290000134546675
Your item has been delivered to an agent at 9:50 6 AM on October 11, 2019 in Jackson, MS 39201 .

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Michael Hurst<br>US Attorney's Office<br>501 E Court ST<br>Suite 4.430<br>Jackson, MS 39201<br>United States | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1746 6074 2122 95 | 3. Service Type<br>☐ Adult Signature            ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☒ Certified Mail®           ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™<br>☐ Insured Mail                ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7018 2290 0001 3454 6675 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

5