# 11THIN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**OSCAR STILLEY**                                                                                          **PLAINTIFF**
Reg. No. 10579-062

**V.**                          **CIVIL ACTION NO. 3:19-cv-00006-HTW-LRA**

**UNITED STATES OF AMERICA,**
**WARDEN C. RIVERS,**
**REGIONAL DIRECTOR J.F. CARAWAY,**
**REGIONAL DIRECTOR J.A. KELLER,**
**U.S. DEPARTMENT OF JUSTICE,**
**FEDERAL BUREAU OF PRISONS,**
**ATTORNEY GENERAL WILLIAM BARR,**
**WARDEN D. PAUL, and**
**DIRECTOR K. HAWK SAWYER**                                           **DEFENDANTS**

## ORDER GRANTING DEFENDANTS'
## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
## TO COMPLAINT

This cause is before the Court on Defendants United States of America, Warden C. Rivers, Regional Director J.F. Caraway, Regional Director J.A. Keller, U.S. Department of Justice, Federal Bureau of Prisons, U.S. Attorney General William Barr, Warden D. Paul, and Director K. Hawk-Sawyer's Motion for Extension of Time to Answer or Otherwise Respond to Complaint [ECF No. 22].  The Court has considered the motion and finds good cause to extend the time within which to answer or otherwise respond to Plaintiff Oscar

Stilley's Complaint [ECF No. 1].  Because the instant motion is well-taken, it should be granted.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Complaint should be and hereby is granted.  Defendants shall answer or respond to Stilley's Complaint on or before February 10, 2020.

SO ORDERED this the 11th day of December, 2019.

_/s/ Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:
/s/ *Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney