IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OSCAR STILLEY                                                              PLAINTIFF

v.                                                              CASE NO. 3:19cv6-HTW-LRA

WARDEN RIVERS, ET AL.                                          DEFENDANTS

## NOTICE OF APPEARANCE

The undersigned, Jennifer Case, Assistant United States Attorney, hereby enters her notice of appearance as lead counsel for defendants United States of America and Department of Justice Federal Bureau of Prisons.

Respectfully submitted,

D. MICHAEL HURST, JR.
*United States Attorney for the*
*Southern District of Mississippi*

/s/ Jennifer Case
JENNIFER CASE
Mississippi Bar Number 104238
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi  39201
(601) 965-4480

Dated:  December 11, 2019           Attorney for Defendants

- 1 of 1 -

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to the *pro se* plaintiff as follows:

> *Pro Se Plaintiff*
> Oscar Stilley
> Fed. Reg. No. 10579-062
> FCC Yazoo City Camp
> P. O. Box 5000
> Yazoo City, MS  39194

Dated:  December 11, 2019

/s/ *Jennifer Case*

JENNIFER CASE
*Assistant United States Attorney*