IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **OSCAR STILLEY**<br>   # 10579-062<br>      **Plaintiff,**<br>v.<br><br>**WILLIAM BARR, et al.**<br>      **Defendants** | )<br>)<br>)<br>)    **Civil Action No. 3:19-cv-0006-HTW-LRA**<br>)<br>)<br>) |

## DECLARATION OF JOSHUA ROBLES

In accordance with the provisions of Title 28, United States Code, Section 1746, I, Joshua Robles, make the following unsworn declaration, under the penalty of perjury, pertinent to the above styled and numbered case.

1. I am currently employed by the Federal Bureau of Prisons ("BOP" or "Bureau"), as the Supervisory Attorney over the Consolidated Legal Center at FCC Yazoo City, Mississippi. I have served in this capacity since February 2016.

2. As the Supervisory Attorney for the FCC Yazoo City Consolidated Legal Center, I supervise attorneys and support staff to provide legal oversight and support to the four male correctional institutions at FCC Yazoo City and two female correctional institutions at FCI Aliceville, Alabama. I have responsibility and general oversight over the administrative tort claims filed by inmates against the Federal Bureau of Prisons for alleged acts or omissions of staff members at FCC Yazoo City and FCI Aliceville.

3. I have access to the Bureau's case-management software and system of records known as Content Manager. The Bureau maintains all administrative-tort claims it receives and processes in Content Manager.

4. On January 27, 2020, I viewed the Content Manager system for documents associated with any administrative-tort claim filed by inmate Oscar Stilley (Reg. No. 10579-062). Based on my search, I found that inmate Stilley never filed an administrative-tort claim with the Federal Bureau of Prisons concerning an incident or claim associated with FCC Yazoo City, Mississippi.

5. I have attached copies of pages from the Bureau's Content Manager System showing the claims Stilley has filed in the past to this declaration as Exhibit A. *See* Ex. A, Stilley Administrative Tort History. There are five (5) claims, and each claim arose out of institutions in the Bureau's South Central Region. FCC Yazoo City is the Bureau's Southeast Region.

6. I certify that Exhibits A is true and correct copy of the documents maintained in the Content Manager case-management system during the regular course of business. I am a custodian of records for the Bureau's Southeast Regional Office's administrative-tort files in the Content Manager case-management software.

I declare pursuant to 28 U.S.C. § 1746, that the above statements are true and accurate to the best of my knowledge and belief.

Executed this 27th day of January 2020.

_____
Joshua Robles
Supervisory Attorney
Federal Bureau of Prisons
FCC Yazoo City, Mississippi