

GOVERNMENT EXHIBIT A





Case 3:19-cv-00006-HTW-LRA   Document 25-2   Filed 02/10/20   Page 4 of 6





Welcome JOSHUA M ROBLES | Logout

HOME | ALERTS | MY WORK | NEW CASE | SEARCH MAIN | EMAIL

## CASE DETAILS

Back to Case Results      Case Actions:

**Case ID:** TRT-SCR-2014-06284      **Short Description:** STILLEY, OSCAR (PIM/FOR)

CASE DETAILS | CASE DOCS | CASE PERSONS | CASE DATES | CASE SUMMARY | CASE BLOG

### Case Login Information

| | |
|---|---|
| Inmate Reg No. | 10579-062 |
| Short Description | STILLEY, OSCAR (PIM/FOR) |
| Classification | Administrative Tort |
| Case Type | FTCA-Personal Injury |
| Case Sub-Type | Medical |
| Current Region | SOUTH CENTRAL REGIONAL OFFICE |
| Current Institution | Forrest City Low (FCI) |
| Incident Region | SOUTH CENTRAL REGIONAL OFFICE |
| Incident Institution | Forrest City Low (FCI) |
| Incident Date | 09/10/2014 |
| Monetary Relief Sought | $976,280.00 |
| Estimated Amount | $ |
| Responsible Legal Office | FTC Oklahoma City |

### Case Resolution

| | |
|---|---|
| Date | 04/15/2015 |
| Type | Denied |
| Reason | |
| Sought | |
| Amount offered | $ |
| Total Amount Paid | $ |
| Description | |
| Pro Se ? | |

### Case Initiation Dates

| | |
|---|---|
| Date Received | 09/15/2014 |
| Six Month Date | 03/14/2015 |

### Legal Liability Evaluation

| | |
|---|---|
| Estimated Amount | $ - |
| Estimated Outcome | |

### Case Progress

| | |
|---|---|
| Current Owner | BRENDA VICTOR |
| Case Status | Closed |
| Timeline Status | Closed |
| Monthly Report Status | |
| Private Case | No |

### Additional Case Information

| | |
|---|---|
| Long Description | ALLEGES VARIOUS ONGOING MEDICAL ISSUES WHERE PROPER TREATMENT IS NOT RECEIVED. |
| Further Case Classification | |
| Comments | |

Home | Alerts | My Work | New Case | Search Main | Email

United States Department of Justice - Office of General Counsel & Review

