TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

--------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: 2241_Stilley1MtnXTimeRspMTD
DATE: 02/25/2020 07:31:42 PM

```
SOUTHERN DISTRICT OF MISSISSIPPI
        FILED

      FEB 28 2020

     ARTHUR JOHNSTON
BY_____ DEPUTY
```

*         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI

OSCAR STILLEY 10579-062                          PLAINTIFF

V.      CASE NO.  3:19-CV-6 HTW-LRA

WILLIAM BARR, ET AL                              DEFENDANTS

          PLAINTIFF OSCAR STILLEY'S MOTION FOR EXTENSION OF TIME
          TO FILE A RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS [DOCKET # 25 & 27]

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his motion for extension of time to file a response to Defendants' motions to dismiss, and states:

1.   The government has filed two separate motions to dismiss, dockets #25 and 27, seeking dismissal of Plaintiff's complaint in its entirety.

2.   Plaintiff as a federal prison inmate labors under many constraints, not the least of which is the lack of access to a word processor, reliable printing and copying resources, etc.

3.   Despite due diligence, it appears that Plaintiff cannot adequately complete his responses and consolidated brief, within the 14 days required by law, enlarged pursuant to rule by 3 days because of delays occasioned by service by US mail.

4.   Plaintiff is asking for an additional 3 weeks, up through and including 3-19-2020. However, Plaintiff will exercise all due diligence to file his response as soon as is reasonably practicable, so as to avoid any unnecessary delay in the conduct of this litigation.

5.   Plaintiff called opposing counsel three times on 2-24-20.  Twice the call was answered by a receptionist, who each time hung up on the call.  Once the call went to voice mail.  Plaintiff cannot leave a message on voicemail when using the inmate telephones. Plaintiff is therefore unable to say whether opposing counsel would agree to this requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time up through and including 3-19-2020, for Plaintiff to file his responses to the Defendants' motions to dismiss; and for such other and further relief as may be appropriate whether or not specifically requested.

)
By: _____          2-25-20
Oscar Stilley                          Date
FCC Yazoo City Low
PO Box 5000
Yazoo City, MS 39194

          CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Plaintiff by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient 1st Class US postage attached, addressed to the clerk of the court for filing and service via CM/ECF.