US District Court
Southern District of Mississippi

Oscar Stilley 10579-062     PLAINTIFF

v   Civ. 3:19-cv-6 HTW-LRA

Warden Steven Reiser   et al     DEFENDANTS
(Originally Warden Rivers)

MOTION TO EXTEND TIME TO OBJECT
TO REPORT & RECOMMENDATION [DOCKET #37]

Comes Plaintiff and for his motion states:

1. On 8-21-20 the Magistrate filed a Report & Recommendation (Docket #37) recommending dismissal of the complaint, in its entirety.

2. Plaintiff received the R+R 8-25-20.

3. Plaintiff has been in "quarantine" for transfer to home confinement since 7-17-20. Various excuses have been used to extend the 14 day quarantine authorized by Attorney General William Barr, such that many inmates have been in "quarantine" for over 60 days. Plaintiff is now told he will depart 9-2-20.

4. Despite Congressional instruction in the First Step Act of 2018 (FSA) to increase commissary selections, Plaintiff's commissary is extremely limited, such that he cannot even buy paper, envelopes, hygiene/dental care items, etc.

5. Plaintiff is locked in a cell at all times, except for 1 hour each on Monday, Wednesday, and Friday, total of 3 hours per week.

6. Plaintiff has no access to printing or copying resources.

7. Plaintiff's case file for the instant case is in his property, and he will have no access to those papers until departing for home confinement.

P. 1

8. Plaintiff has nearly no access to legal research resources.

9. Upon arrival in home confinement, it will take some time to procure suitable resources for legal work.

10. For these reasons Plaintiff suggests an extension of 60 days. Plaintiff will exercise reasonable diligence regardless of the length of the extension granted.

WHEREFORE, Plaintiff requests an extension of time to object to R&R, up through and including November 9, 2020; and such other & further relief as may be appropriate whether or not specifically prayed.

By: _____   8-26-20
Oscar Stilley                     Date
FCC Yazoo City USP (quarantine)
PO Box 5000
Yazoo City, MS 39194

Certificate of Service - Prison Mailbox Rule
Plaintiff by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient 1st class postage attached, addressed to the Clerk of the court for filing and service via CM/ECF.

P. 2