IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



OSCAR STILLEY     PLAINTIFF

V.     3:19-CV-6 HTW-LRA

WARDEN CHRISTOPHER RIVERS
( STEVEN REISER NOW SUBSTITUTED) ET AL     DEFENDANTS

PLAINTIFF OSCAR STILLEY'S NOTICE OF CHANGE OF ADDRESS

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his notice states:

1.     Plaintiff hereby gives notice that he now resides at the address below.

2.     Plaintiff intends to request electronic notice asap, but includes this to inform the Court and parties of his legal address.

By: _____     9-17-20
Oscar Stilley     Date
101 Martin Street
Fort Smith, AR 72908
oscarstilley@gmail.com
479.274.9291 (Martha Durossette, message line)

CERTIFICATE OF SERVICE

Plaintiff by his signature above pursuant to 28 USC 1746 certifies that he caused the Defendants to be served by placing a copy of this pleading in USPS OVERNIGHT, with sufficient postage prepaid, addressed to the clerk of the court for filing and service via CM/ECF..

1