

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
FORT SMITH, AR
72908
SEP 17, 20
AMOUNT
$26.35
R2304E107167-13

**PRIORITY MAIL EXPRESS**
OUR FASTEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE   PRIORITY MAIL EXPRESS

EJ 392 596 868 US

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 479 ) 274-9241
Oscar Stilley
101 Martin Circle
Ft Smith AR 72908

RECEIVED
SEP 18 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

PO ZIP Code: 72908
Scheduled Delivery Date: 09/18/20
Postage: $26.35
Date Accepted: 09/17/20
Scheduled Delivery Time: 12 NOON
Time Accepted: 4:02 AM

TO: (PLEASE PRINT)   PHONE ( 601 ) 608-4000
Arthur Johnston, Clerk
501 E. Court Street
Suite 2500
Jackson, MS 39201

Total Postage & Fees: 26.35

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

PEEL FROM THIS CORNER
† Money Back Guarantee for U.S. destinations only.
For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE




