# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**OSCAR STILLEY**                                                                            **PLAINTIFF,**

**v.**                                    **CIVIL ACTION NO. 3:19-cv-00006-HTW-LRA**

**WARDEN C. RIVERS,**                                                  **DEFENDANTS.**
**et al.**

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendants Warden C. Rivers, Director J. F. Caraway, Director J. A. Keller, Federal Bureau of Prisons, the United States of America, U.S. Attorney General William Barr, former complex Warden David Paul, and Director Kathleen Hawk Sawyer, through their attorneys, D. Michael Hurst, Jr., United States Attorney, and the undersigned Assistant United States Attorney (AUSA) for the Southern District of Mississippi, hereby submits this Notice of Withdrawal of Counsel.

Effective September 26, 2020, the undersigned Assistant United States Attorney, Marc A. Perez, will no longer be with the U.S. Department of Justice and will no longer be counsel of record in this case.

AUSA Perez is hereby withdrawn as counsel, and future ECF notifications to him should be terminated.

September 22, 2020.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　D. MICHAEL HURST, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　　　MARC A. PEREZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　WA Bar No. 33907
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　501 East Court Street, Suite 4.430
　　　　　　　　　　　　　　　　　　　　Jackson, Mississippi 39201
　　　　　　　　　　　　　　　　　　　　Telephone:　(601) 965-4480
　　　　　　　　　　　　　　　　　　　　Facsimile:　(601) 965-4032
　　　　　　　　　　　　　　　　　　　　Email:　　　Marc.Perez@usdoj.gov

## CERTIFICATE OF SERVICE

I, MARC A. PEREZ, Assistant United States Attorney, hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of Court, using the CM/ECF system, which will send notifications to all counsel of record.

September 22, 2020　　　　　　　　　　MARC A. PEREZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney