

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OSCAR STILLEY, DOJ-FBOP 10579-062     PLAINTIFF

V.     CIVIL NO. 3:19-CV-6 HTW-LRA

WILLIAM BARR, IN HIS OFFICIAL
CAPACITY AS US ATTORNEY GENERAL, ET AL     DEFENDANTS

### PLAINTIFF'S NOTICE OF APPEAL

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his notice of appeal states:

Plaintiff Oscar Stilley hereby gives notice that he appeals the Court's order of dismissal of the Plaintiff's Complaint, (Docket # 47) entered in this case on 11-20-2020. Plaintiff also appeals all prior adverse orders entered in this case. This appeal is taken to the 5th Circuit Court of Appeals.

By: _____     January 7, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

### CERTIFICATE OF SERVICE

Plaintiff by his signature above pursuant to 28 USC 1746 certifies that on the date stated above he caused the Defendants to be served by depositing a copy of this pleading in the US Mail, with sufficient 1st class postage attached, addressed to the clerk of the court for filing and service via CM/ECF.

1