IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| OSCAR STILLEY, DOJ-FBOP 10579-062 | PLAINTIFF |
| V.  CIVIL NO. 3:19-CV-6 HTW-LRA | |
| WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS US ATTORNEY GENERAL, ET AL | DEFENDANTS |

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Comes now Plaintiff Oscar Stilley (Plaintiff) and for his notice of change of address states:

Plaintiff Oscar Stilley hereby gives notice that he has changed his physical address. The correct address, along with other contact information, is set forth below.

By: _____    January 7, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Plaintiff by his signature above pursuant to 28 USC 1746 certifies that on the date stated above he caused the Defendants to be served by depositing a copy of this pleading in the US Mail, with sufficient 1st class postage attached, addressed to the clerk of the court for filing and service via CM/ECF.