UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

February 23, 2021

Divisions

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

JACKSON & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Oscar Stilley, #10579-062
10600 N Highway 59
Cedarville, AR 72932-9246

RE:   Oscar Stilley v. Matthew Whitaker, et al.
      3:19-cv-6-HTW-LRA
      USCA 21-60022

Dear Mr. Stilley:

Pursuant to your conversation with this office and request, enclosed for your records you will find the appeal record for the above-referenced civil action in CD format.

Sincerely,

ARTHUR JOHNSTON, CLERK


By: _s/K. Schutz_
    Deputy Clerk


Encl.